
for failure to prosecute in accordance with the rules.

Richard A. VAN DALINDA, Petitioner,

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 05–3168.

United States Court of Appeals, Federal Circuit.

June 14, 2005.

ORDER

Petitioner having paid the initial docketing fee, and filed the required 15(c) Discrimination Statement, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

The Respondent should calculate its due date for filing its brief from the date of filing of this order.

**Peter F. GRIFFITHS, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 05–3184.

United States Court of Appeals, Federal Circuit.

June 13, 2005.

ORDER

Order Vacated, See 2005 WL 1703198.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.